United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JASSON A TOVAR-RIVERA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-619 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Jasson A. Tovar-Rivera has informed the Court that on the day he filed this habeas action, he was moved to a detention center outside of the Southern District of Texas. (Notice, Doc. 7)  As a result, he continues, "it does appear that dismissal without prejudice is appropriate." (*Id.*)

The Court construes Petitioner's filing as an implied motion to dismiss the case.  The Court finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that Petitioner Jasson A. Tovar-Rivera Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

Signed on June 8, 2026.

Fernando Rodriguez, Jr.
United States District Judge